Motion GRANTED in both respects. The initial case management conference is reset for 6/23/2025 at 3:00 p.m.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| MARIO REED, | § | |
| | § | |
| Plaintiff, | § | Civil Action No.: 3:25-cv-00085 |
| | § | |
| v. | § | |
| | § | **JURY DEMANDED** |
| COPPER RIDGE APARTMENTS, LLC; | § | |
| AND BELEW CONSTRUCTION, LLC, | § | **Judge Aleta A. Trauger** |
| | § | |
| Defendants. | § | |

## MOTION TO EXTEND DEADLINE THE TIME FOR SERVICE AND TO MOVE THE CASE MANAGEMENT CONFERENCE

Comes now Mario Reed, ("Plaintiff"), by and through the undersigned counsel, hereby submit the following Motion To Extend Deadline The Time For Service and To Move The Case Management Conference (hereinafter, "Motion") pursuant to Fed. R. Civ. P. 4(m).

On January 23, 2025, Plaintiff filed his Original Complaint [Doc. 1]. On January 23, 2036, the Court entered its Notice of Initial Case Management Conference [Doc. 5]. The conference is currently scheduled for April 14, 2025, at 3:30 p.m. [Doc. 5]. It also includes various other trial-related deadlines that a joint proposed initial case management order is to be filed three (3) business days prior to the scheduling conference on April 11, 2025 [Doc. 5].

Defendants Copper Ridge Apartments, LLC and Belew Construction, LLC ("Defendants"), have not been served and have not yet entered an appearance in this matter. The Plaintiffs have made diligent efforts to serve the Defendants, including through mail and email of the summons. Additional time and effort are required to secure their participation.

Plaintiff attempted to serve the Defendants at 1920 Needmore Road, Clarksville, Tennessee 37042; however, service was refused, and the property is posted with "No Trespassing" signs and

MOTION TO EXTEND DEADLINE THE TIME FOR SERVICE AND TO MOVE THE CASE MANAGEMENT CONFERENCE  - Page 1